

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-15-00118-CR

CARLTON DANIEL JONES, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 196th District Court
Hunt County, Texas
Trial Court No. 28,989

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

# MEMORANDUM OPINION

Carlton Daniel Jones pled guilty to burglary of a habitation. Pursuant to a plea agreement, Jones was placed on deferred adjudication community supervision for seven years. Subsequently, the State filed a motion to revoke Jones' community supervision on the ground that he had intentionally and knowingly engaged in sexual contact with a child. The trial court found this allegation to be true, adjudicated Jones guilty of burglary of a habitation, sentenced him to twenty years' imprisonment, and ordered him to pay a $500.00 fine.

Jones appeals from the trial court's judgment adjudicating his guilt. However, the appellate brief he has filed raises no points of error that pertain to this case. Instead, Jones' brief is virtually identical to the brief filed in the appeal from his conviction of continuous sexual assault of a child in cause number 06-15-00119-CR, but the points of error raised in that case are inapplicable to this appeal. Essentially, Jones has presented nothing for our review.

We affirm the trial court's judgment.

Bailey C. Moseley<br>
Justice

Date Submitted:     March 10, 2016
Date Decided:       June 9, 2016

Do Not Publish